CASE NO. 07-61542-CIV-UNGARO/O'SULLIVAN

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 07-61542-CIV-UNGARO/O'SULLIVAN

JOSEPH C. HUBBARD, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

BANKATLANTIC BANCORP, INC.,
JAMES A. WHITE, VALERIE C. TOALSON,
JARRETT S. LEVAN and ALAN B. LEVAN,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE AND TO SET VARIOUS PRE-TRIAL DEADLINES

THIS CAUSE is before the Court on the Parties' Joint Motion to Set Various Pretrial Deadlines. The Court has reviewed the Motion and is otherwise fully advised in the premises. Accordingly, upon due consideration, it is

ORDERED and ADJUDGED that the Motion is GRANTED and that:

(a)    The above-captioned action, along with *Alarm Specialties, Inc. v. BankAtlantic Bancorp, Inc.*, Case No. 06-61623-CIV-DIMITROULEAS and any additional actions that may be filed in, transferred to, or assigned to this Court that include issues of law or fact similar to those contained in the above-captioned action and that constitute cases related to the above-captioned action, are consolidated pursuant to Fed. R. Civ. P. 42(a) for all purposes, including scheduling, pretrial proceedings, and trial (all of the aforementioned existing or additional actions are referred to herein as the "Related Actions"). Case No. 07-61542-CIV-UNGARO/O'SULLIVAN shall be the Consolidated Action.

CASE NO. 07-61542-CIV-UNGARO/O'SULLIVAN

(b) Defendants need not respond to the to the Complaint in this Action or any of the already filed Related Actions or any complaint subsequently filed in any Related Action.

(c) Plaintiff(s) shall file an amended and consolidated class action complaint (the "Consolidated Amended Complaint") in the Consolidated Action not later than sixty (60) days after entry of an order appointing Lead Plaintiff(s) and Lead Counsel.

(d) Defendants shall respond to the Consolidated Amended Complaint no later than sixty (60) days after service of the Consolidated Amended Complaint.

(e) If a Defendant moves to dismiss the Consolidated Amended Complaint, any responses to the motion to dismiss shall be served no later than forty-five (45) days after service of the motion, and any reply memoranda shall be served no later than thirty (30) days after service of the responses.

(f) This order supersedes any and all deadlines created by any prior scheduling orders in the above-captioned action.

(g) All of the pretrial procedures and disclosure obligations set forth under Fed. R. Civ. P. 16 and 26(a) and (f) and Local Rules 16.1 and 26.1 are deferred until forty-five (45) days after the filing of an Answer to the Consolidated Amended Complaint by the last answering Defendant. Nothing herein shall be construed to prejudice the right of any party to seek relief from compliance with Rule 26 or Local Rule 16.1 at any time.

DONE AND ORDERED at Miami, Florida this 10 day of Dec., 2007.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record