UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61542-CIV-UNGARO/SIMONTON

JOSEPH C. HUBBARD, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

BANKATLANTIC BANCORP, INC.,
JAMES A. WHITE, VALERIE C. TOALSON,
JOHN E. ABDO, JARETT S. LEVAN and
ALAN B. LEVAN,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Eugene E. Stearns
Richard B. Jackson
Adam M. Schachter
Gordon M. Mead, Jr.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
*Attorneys for Defendants*

Defendants take issue with the recitation of facts set forth in Plaintiff's motion for class certification, as many of the averments contained therein are categorically untrue. Defendants also believe the underlying legal claims to be completely without merit. Nevertheless, at present, Defendants do not object to class certification, while reserving all rights to later move to alter or amend any class certification order under Rule 23(c)(1)(C) should the circumstances warrant such a motion.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

 s/ Eugene E. Stearns
EUGENE E. STEARNS
Florida Bar No. 149335
estearns@stearnsweaver.com
RICHARD B. JACKSON
Florida Bar No. 898910
rjackson@stearnsweaver.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@stearnsweaver.com
GORDON M. MEAD, JR.
Florida Bar No. 49896
gmead@stearnsweaver.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

                                                    s/ Adam M. Schachter
                                                    ADAM M. SCHACHTER

**SERVICE LIST**
*Hubbard v. BankAtlantic Bancorp, Inc., et al.*
Case No. 07-61542-CIV-Ungaro/Simonton
United States District Court, Southern District of Florida

Mark Arisohn
marisohn@labaton.com
Serena Hallowell
shallowell@labaton.com
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0877
Facsimile:  212-818-0477
*Lead Counsel for Lead Plaintiff State Boston Retirement System*

Jonathan Louis Alpert
jonalpert@aol.com
Alpert Law Firm
401 E. Jackson Street
Suite 1825
Tampa, FL 33602
Telephone: 813-223-4131
Facsimile:  813-228-9612
*Liaison Counsel for Lead Plaintiff State Boston Retirement System*

Andrew Zivitz
azivitz@btkmc.com
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile:  610-667-7056
*Attorney for Plaintiff*

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower  ▪  150 West Flagler Street, Suite 2200  ▪  Miami, FL 33130  ▪  (305) 789-3200