UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61542-CIV-UNGARO/SIMONTON

JOSEPH C. HUBBARD, individually and on
behalf of all others similarly situated,

                Plaintiff,

    v.

BANKATLANTIC BANCORP, INC., JAMES
A. WHITE, VALERIE C. TOALSON, JOHN
E. ABDO, JARETT S. LEVAN and ALAN B.
LEVAN,

                Defendants

_____

**REPLY IN FURTHER SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

FOWLER WHITE BARNETT P.A.
Ronald D. Shindler
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, FL 33131-3302
Telephone: (305) 789-9222
Facsimile: (305) 789-9201

*Proposed Liaison Counsel for Proposed Class
Representatives and the Proposed Class*

| | |
|---|---|
| LABATON SUCHAROW, LLP | BARROWAY TOPAZ KESSLER |
| Mark S. Arisohn | MELTZER & CHECK, LLP |
| Serena Hallowell | Andrew L. Zivitz |
| 140 Broadway | Mark S. Danek |
| New York, NY 10005 | Michelle M. Newcomer |
| Telephone: (212) 907-0700 | 280 King of Prussia Road |
| Facsimile: (212) 818-0477 | Radnor, Pennsylvania 19087 |
| | Telephone: (610) 667-7706 |
| | Facsimile: (610) 667-7056 |

*Proposed Co-Class Counsel for Proposed Class Representatives and the Proposed Class*

Pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), Lead Plaintiff, State-Boston Retirement System ("State-Boston") respectfully moved this Court on September 22, 2009 [D.E. 128] for an order: (1) certifying this action as a class action; (2) defining the "Class" as including all persons or entities who purchased or otherwise acquired shares of the Class A common stock of BankAtlantic Bancorp, Inc. between November 9, 2005 and October 25, 2007 and who were damaged thereby; (3) certifying State-Boston and Erie County Employee Retirement System as Class Representatives; (4) designating Labaton Sucharow LLP and Barroway Topaz Kessler Meltzer & Check, LLP as Co-Class Counsel; and (5) designating Fowler White Burnett P.A. as Liaison Class Counsel.

Defendants do not oppose Lead Plaintiff's Motion for Class Certification [*see* D.E. 147]. Accordingly, State-Boston respectfully requests that the Court enter the accompanying [Proposed] Order Granting Motion for Class Certification.

Dated:  October 13, 2009                    Respectfully submitted,

**s/ Ronald D. Shindler**
RONALD D. SHINDLER #718703
FOWLER WHITE
Espirito Santo Plaza
14th Floor
1395 Brickell Avenue
Miami, FL 33131-3302
Telephone: (305) 789-9222
Facsimile: (305) 789-9201
rshindler@fowler-white.com

*Proposed Liaison Counsel for Proposed Class Representatives and the Proposed Class*

LABATON SUCHAROW LLP
Mark S. Arisohn, *admitted pro hac vice*
Serena Hallowell, *admitted pro hac vice*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

2

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
Andrew L. Zivitz, *admitted pro hac vice*
Mark S. Danek, *admitted pro hac vice*
Michelle M. Newcomer, *admitted pro hac vice*
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Proposed Co-Class Counsel for Proposed*
*Class Representatives and the Proposed Class*