UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61542-CIV-UNGARO

JOSEPH C. HUBBARD, individually and on behalf of
all other similarly situated,

    Plaintiff,

v.

BANKATLANTIC BANCORP, INC.,
JAMES A. WHITE, VALERIE C.
TOALSON, JOHN E. ABDO, JARRETT S.
LEVAN and ALAN B. LEVAN,

    Defendants.
_____/

**ORDER ON CLASS REPRESENTATIVES' MOTION FOR APPROVAL OF NOTICE,
SELECTION OF NOTICE ADMINISTRATOR, AND NOTICE PLAN**

THIS CAUSE is before the Court upon Class Representatives' Motion for Approval of the Form and Content of Notice and Summary Notice, the Selection of the Notice Administrator, and the Plan for Providing Notice to the Class, filed November 19, 2009.

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Motion (D.E. 170) is GRANTED. The Court approves (i) the form and content of the Notice and Summary Notice, (ii) the selection of Rust Consulting, Inc. as Notice Administrator, and (iii) the Notice Plan, as set forth in the Motion.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of November, 2009.

                                                                          URSULA UNGARO
                                                                          UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record