**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 07-61542-CIV-UNGARO

IN RE BANKATLANTIC BANCORP, INC.
SECURITIES LITIGATION

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte.*

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.  On May 26, 2010, the Court entered and Order to Show Cause (D.E. 209), which required, among other things, for Defendants to respond on or before May 14, 2010, to Plaintiff's Motion for Leave to Amend.  A review of the docket reveals that Defendants have failed to do so.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants SHALL show cause on or before **Tuesday, May 18, 2010,** why they have failed to comply with this Court's Order.  Alternatively, Defendants may respond at that time.  Failure to timely comply with this Order will result in sanctions without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of May, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record