UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61542-CIV-UNGARO/SIMONTON

IN RE BANKATLANTIC BANCORP, INC.
SECURITIES LITIGATION
_____/

**BANKATLANTIC BANCORP, INC.'S MOTION FOR REASONABLE COSTS AND FEES INCURRED IN PRODUCING DOCUMENTS**

BankAtlantic Bancorp, Inc. ("Bancorp") respectfully moves, pursuant to Fla. Stat. § 655.059, for reimbursement of reasonable costs and fees incurred in responding to Plaintiffs' six different document production requests and submit the following memorandum in support thereof:

Plaintiffs served a total of six separate document production requests on Bancorp, the first of which was served on July 13, 2009.  Mead Aff. ¶ 1.[1]  Prior to producing any responsive documents in this matter, Bancorp notified Plaintiffs of their request for reimbursement of reasonable costs and fees pursuant to Fla. Stat. § 655.059.  Mead Aff. Ex. A.  Bancorp also reserved its rights to move for reimbursement of reasonable fees and costs pursuant to Fla. Stat. § 655.059 in all of its responses to the six various requests for production.  Mead Aff. Exs. B-G.

Florida Statute Section 655.059, in relevant part, states:

---

[1] References to "Mead Aff." are references to the accompanying Affidavit of Gordon M. Mead, Jr. Submitted in Support of BankAtlantic Bancorp Inc.'s Motion for Costs and Fees dated May 28, 2010.

> "[t]he books and records of a financial institution are confidential and shall be made available for inspection and examination only...[a]s compelled by a court of competent jurisdiction, pursuant to a subpoena issued pursuant to the Florida Rules of Civil Procedure, the Florida Rules of Criminal Procedure, or the Federal Rules of Civil Procedure, or pursuant to a subpoena issued in accordance with state or federal law.  Prior to the production of the books and records of a financial institution, the party seeking production must reimburse the financial institution for the reasonable costs and fees incurred in compliance with the production."

Plaintiffs took the contradictory position that the Florida statute permitted Bancorp to produce the books and records of BankAtlantic and Bancorp in response to the requests for production but that Bancorp was not entitled to recover costs for such productions.  Bancorp took the relatively straightforward position that a subpoena equates to a request for production, that the Florida statute therefore permitted the disclosure of the information, and that the Florida statute then also entitles Bancorp to recover for the reasonable costs and fees associated with that production.  In addition to being supported by the plain language of the Florida statute, this position is also supported by cases from United States District Courts in Florida that have analyzed requests for production as equivalent to subpoenas.[2]

Plaintiffs' six sweeping requests for production have required the production of 1,590,000 pages of documents, and Bancorp incurred total costs and fees of $2,161,077.41 in reviewing and producing such documents.  Mead Aff. ¶ 2. Pursuant to Florida Statute § 655.059, Bancorp is entitled to reimbursement of such reasonable costs and fees.

**WHEREFORE**, Bancorp respectfully requests entry of the proposed order requiring

---

[2]*See, e.g., Regions Bank v. Lynch*, No. 2:08-cv-0031-FTM-UA-SPC, 2009 WL 395780, at *1-2 (M.D. Fla. Feb. 17, 2009).  *See also Commissariat A L'Energie Atomique v. Samsung Elec. Co., Ltd.*, No. 8:06-mc-44-T-30TBM, 2006 WL 5003562, at *2 (M.D. Fla. June 14, 2006) (stating that the scope of discovery through a subpoena is the same as that applicable to Rule 34 and other discovery rules).

Plaintiffs to reimburse Bancorp for the costs it incurred in responding to Plaintiffs' requests for production.

          Respectfully submitted,

          STEARNS WEAVER MILLER WEISSLER
          ALHADEFF & SITTERSON, P.A.
          Museum Tower, Suite 2200
          150 West Flagler Street
          Miami, Florida 33130
          Telephone: (305) 789-3200
          Facsimile: (305) 789-3395

          /s/ Gordon M. Mead, Jr.
          EUGENE E. STEARNS
          Florida Bar No. 149335
          estearns@stearnsweaver.com
          RICHARD B. JACKSON
          Florida Bar No. 898910
          rjackson@stearnsweaver.com
          ADAM M. SCHACHTER
          Florida Bar No. 647101
          aschachter@stearnsweaver.com
          GORDON M. MEAD, JR.
          Florida Bar No. 49896
          gmead@stearnsweaver.com

          *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61542-CIV-UNGARO/SIMONTON

IN RE BANKATLANTIC BANCORP, INC.
SECURITIES LITIGATION
_____/

**[PROPOSED] ORDER GRANTING BANKATLANTIC BANCORP, INC.'S MOTION FOR REASONABLE COSTS AND FEES INCURRED IN PRODUCING DOCUMENTS**

This cause having come before the Court on BankAtlantic Bancorp, Inc.'s ("Bancorp") Motion for Reasonable Costs and Fees Incurred in Producing Documents, and the same having been duly considered, it is hereby ordered that Bancorp's motion is granted and Plaintiffs shall reimburse Bancorp for the total costs and fees of $2,161,077.41 that were incurred in responding to Plaintiffs' requests for production.

BY THE COURT:

Dated:_____     _____
THE HONORABLE URSULA UNGARO
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

 s/ Gordon M. Mead, Jr.
GORDON M. MEAD, JR.

**SERVICE LIST**
*In re BankAtlantic Bancorp, Inc. Securities Litigation*
Case No. 07-61542-CIV-Ungaro/Simonton
United States District Court, Southern District of Florida

Mark Arisohn
marisohn@labaton.com
Serena Hallowell
shallowell@labaton.com
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0877
Facsimile:  212-818-0477
*Lead Counsel for Lead Plaintiff State Boston Retirement System*

Ronald D. Shindler
rshindler@fowler-white.com
Fowler White Burnett P.A.
1395 Brickell Avenue
14th Floor
Miami, FL 33131
Telephone: 305-789-9222
Facsimile: 305-789-9201
*Liaison Counsel for Lead Plaintiff State Boston Retirement System*

Andrew Zivitz
azivitz@btkmc.com
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile:  610-667-7056
*Attorney for Plaintiff*