# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE BANKATLANTIC BANCORP, INC. SECURITIES LITIGATION | CASE NO. 07-61542-CIV-UNGARO / SIMONTON |

## LEAD PLAINTIFFS' MOTION AND INCORPORATED MEMORANDUM OF LAW TO DETERMINE THE SUFFICIENCY OF DEFENDANTS' ANSWERS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION AND TO DEEM CERTAIN OF THOSE REQUESTS ADMITTED IN FULL OR IN PART
### ***REDACTED FOR PUBLIC FILING***

LABATON SUCHAROW LLP
Mark S. Arisohn, admitted *pro hac vice*
Serena Hallowell, admitted *pro hac vice*
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Class Counsel for Class Representatives and the Class and Lead Counsel for Lead-Plaintiff State-Boston Retirement System*

BARROWAY TOPAZ KESSLER
MELTZER & CHECK LLP
Andrew L. Zivitz, admitted *pro hac vice*
Matthew L. Mustokoff, admitted *pro hac vice*
Mark S. Danek, admitted *pro hac vice*
Benjamin J. Hinerfeld, admitted *pro hac vice*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Co-Class Counsel for Class Representatives and the Class*

FOWLER WHITE BURNETT P.A.
Ronald Shindler, Esq.
Fla. Bar No. 781703
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, FL 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
rshindler@fowler-white.com

*Liaison Counsel for Class Representatives and the Class and for Lead Plaintiff State-Boston Retirement System*

**TABLE OF CONTENTS**

Page

INTRODUCTION ...................................................................................................... 1

FACTUAL BACKGROUND .......................................................................................... 2

ARGUMENT ............................................................................................................. 5

    Defendants Violated Rule 36 by Failing to Respond Meaningfully to
    Plaintiffs' RFAs ................................................................................................ 5

        A.    Defendants' Admitted Failure to Investigate the
        Facts Alleged in the RFAs Violates Rule 36 ....................................... 5

        B.    Defendants' RFA Responses Must Be Amended or
        the Facts Must Be Deemed Admitted in Full or in Part ......................... 6

            1.   Improper Denials Solely by Reference to
            Documents Cited .................................................................. 6

            2.   Improper Denials Followed by Statements
            Related to Matters Asserted ................................................. 8

                a. Denials followed by assertions that the cited documents
                   "indicate," in full, the matter asserted ........................................... 9

                b. Denials followed by assertions that the cited documents
                   "indicate," in part, the matter asserted ......................................... 10

                c. Denials followed by factual assertions confirming the matter
                 asserted ................................................................................. 12

                d. Denials followed by factual assertions confirming, in part, the
                 matter asserted ....................................................................... 12

                e. Denials followed by assertions that the documents, in effect
                 "speak for themselves." ............................................................ 13

                 f. Denials followed by non-responsive citations to the documents
                 cited. ..................................................................................... 15

CERTIFICATION OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(A)(3) ................................. 16

CONCLUSION ......................................................................................................... 17

## TABLE OF AUTHORITIES

**Page(s)**

CASES

*Capsmith v. Wysopal et al.,*
   No. 6:07-cv-1572-Orl-22KRS, 2008 WL 5432289 (M.D. Fla. Dec. 31, 2008) .................5, 15

*Henry v. Champlain Enters, Inc.,*
   212 F.R.D. 73 (N.D.N.Y. 2003)..................................................................................7

*Hornbeck v. Club Madonna,*
   No. 09-23447-CIV, 2010 WL 1911381 (S.D. Fla. May 12, 2010)...........................................5

*Interland v. Bunting,*
   No. 1:04-CV-444-ODE, 2005 WL 2414990 (N.D. Ga. Mar. 31, 2005).......................5, 10, 14

*Kilpatrick v. Breg,*
   No. 08-10052-CIV, 2009 WL 1393053 (S.D. Fla. May 14, 2009)...........................................6

STATUTES AND RULES

Fed. R. Civ. P. 36...................................................................................... passim

S.D. Fla. L.R. 26.1(h)(2) ...........................................................................................1, 6

OTHER AUTHORITIES

Wright & Miller, Federal Practice & Procedure § 2260 .................................................6

Lead Plaintiffs submit this Memorandum of Law pursuant to Fed. R. Civ. P. 36(a)(6) and S.D. Fla. L.R. 26.1(h)(2) in support of their Motion to Determine the Sufficiency of Defendants' Answers to Plaintiffs' First Set of Requests for Admission and to Deem Certain of those Requests Admitted in Full or in Part. Plaintiffs respectfully request, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, that this matter be referred to the Honorable Magistrate Judge Andrea M. Simonton.

## INTRODUCTION

Defendants[1] have failed to respond properly to 202 of 203 requests in Plaintiffs' First Set of Requests for Admission (the "RFAs"),[2] requests that Plaintiffs served to limit the factual issues at trial. Instead of admitting or denying the facts asserted in the RFAs, as required by Rule 36, Defendants cite a blanket objection that the volume of Plaintiffs' requests imposed an undue burden on them, and then deny all but one of the 203 RFAs. Most striking is that Defendants, under the pretext of their blanket "undue burden" objection, admit to doing no "independent investigation" in drafting Defendants' Response to Plaintiffs' First Set of Requests for Admission (the "RFA Response") – in direct contravention of Rule 36, which requires such an investigation.[3] Accordingly, Plaintiffs respectfully move this Court for an Order (1)

---

[1] Defendants are BankAtlantic Bancorp, Inc. ("Bancorp" or the "Company") parent company of the Florida-based thrift, BankAtlantic ("BankAtlantic"), former Bancorp and BankAtlantic CFO James A. White, Vice-Chairman of Bancorp's and BankAtlantic's Boards of Directors John E. Abdo, Bancorp CFO and BankAtlantic Senior Vice President and CFO Valerie C. Toalson, Bancorp President and BankAtlantic CEO Jarett S. Levan, and Bancorp Chairman and CEO and BankAtlantic Chairman Alan B. Levan.

[2] A true and correct copy of the RFAs is attached to the Declaration of Benjamin J. Hinerfeld ("Hinerfeld Decl.") as Exhibit A.

[3] A true and correct copy of the RFA Response is attached to the Hinerfeld Decl. as Exhibit B.

compelling Defendants to provide an amended, proper response to the RFAs, (2) deeming certain of the RFAs admitted in full and (3) deeming certain responses admitted in part.

## FACTUAL BACKGROUND

Defendants' violation of §§10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), 15 U.S.C. § 78t(a), lay *inter alia*, in their reckless and/or knowing misstatements and omissions regarding the risk inherent in BankAtlantic's entire Commercial Real Estate ("CRE") land loan portfolio. Publicly, between October 2006 and August 2007, Defendants repeatedly stated that the riskiest segment of their approximately $530 million CRE land loan portfolio was a $140 million subset of "Builder Land Bank" ("BLB") loans, and that the remainder of that portfolio – "Land Acquisition and Development" ("LAD") loans and "Land, Acquisition, Development and Construction" ("LADC") loans – carried an appreciably lower risk profile. Privately, however, as evidenced in contemporaneous bank communications, internal documents and deposition testimony, Defendants knew and fretted that all three segments of the CRE land loan portfolio – LADs, LADCs and BLBs – faced rapidly eroding credit quality. In late October 2007, the market finally learned what Defendants knew all along: the true credit risk inherent in BankAtlantic's *entire* CRE land loan portfolio was as severe as the BLB segment. The Company's stock fell by approximately 40% following this revelation.

Two important issues in this case are therefore *loan categorization* (*i.e.* whether BankAtlantic categorized a loan as a BLB, LAD or LADC) and internal *credit risk classification*

█████████████████████████████████████████████

██ during the Class Period. These categories and classifications were (and are) well-known to Defendants, and are reflected in several types of internal documents, including contemporaneous

monthly loan watch lists, criticized loan profiles, commercial real estate credit facility summaries and impairment analyses.

On April 16, 2010, Plaintiffs served Defendants with the RFAs. The 203 requests in the RFAs are organized around eighteen (18) specific loans, and seek admission or denial of certain straightforward facts about each loan. Among the types of facts of which Plaintiffs sought Defendants' admission or denial are:

- that BankAtlantic originated the loan;
- the loan origination date;
- the loan amount at origination;
- the loan's initial, internal numeric risk rating;
- BankAtlantic's modifications to the numeric risk rating on several dates;
- whether the loan was categorized as a BLB, LAD or LADC loan as of, and after, March 31, 2007; and
- the loan balance on September 30, 2007.

*See, e.g.,* RFAs at pp. 2-3 (seeking admission or denial of facts regarding the ███████

███████ loan). The truth or falsity of each asserted fact is well within Defendants' knowledge. To make this inquiry easier, following almost every RFA Plaintiffs cite a representative example of a Bates numbered document from Defendants' production that supports the admission sought by the RFA.

On May 19, 2010, Defendants served their RFA Response. In the "General Objections" the RFA Response states:

> Defendants object to Plaintiffs' First Set of Requests for Admissions because the total number of requests is unduly burdensome. Consequently, Defendants' responses to the requests are based solely on an analysis of the specific documents identified in the requests. ***Defendants did not, for purposes of these requests for admission, undertake a separate investigation and analysis into the general subject matter of each particular request.***

*See* RFA Response at ¶ 16 (emphasis added).

Consistent with this improper blanket objection, for 201 of the 203 requests,[4] the RFA Response states: "Denied.   The cited document does not support the statement made."  For eighty-six (86) of these responses, Defendants state nothing further.  They neither "specify the part admitted and qualify or deny the rest," as required by Fed. R. Civ. P. 36(a)(4), nor represent that they have "made reasonable inquiry and that the information [they] know or can readily obtain is insufficient to enable [them] to admit or deny." *Id.*   For 115 responses, Defendants state: "Denied.   The cited document does not support the statement made," and then follow with factual assertions arguably related to the individual requests.   Based on a plain-English reading of these responses, Plaintiffs cannot determine whether they have any legal effect or any practical use at trial.

Plaintiffs served the RFAs solely to limit the factual issues to be proven at trial.  The RFA Response thwarts this practical end.  Plaintiffs therefore ask that the Court issue an Order (1) requiring Defendants to amend the Response in good faith to provide complete individual responses – admissions or denials in full or in part – based upon a reasonable investigation, that address the *substance* of each RFA, (2) deeming certain of the individual RFAs to be admitted in full and (3) deeming certain of the individual RFAs to be admitted in part.

---

[4] For two RFAs Defendants apparently do not cite the "undue burden" objection.  Defendants unambiguously admit request no. 1 and flatly deny request no. 33.  Plaintiffs seek no relief with respect to request no. 1.  With respect to request no. 33, however, Defendants' flat, unexplained denial is inconsistent with their objection that the "responses to the requests are based solely on an analysis of the specific documents identified in the requests…." and that they "did not for purposes of these requests for admission, undertake a separate investigation and analysis into the general subject matter of each particular request."

**ARGUMENT**

<u>**Defendants Violated Rule 36 by Failing to Respond Meaningfully to Plaintiffs' RFAs**</u>

A.    **Defendants' Admitted Failure to Investigate the Facts Alleged in the RFAs Violates Rule 36**

Defendants violated the letter and spirit of Rule 36 by serving the RFA Response without having performed an investigation of the facts alleged in the RFAs.    Rule 36(a)(4) requires a party state that it has made a "reasonable inquiry" prior to asserting lack of knowledge or information in responding to RFAs.  *See Hornbeck v. Club Madonna*, No. 09-23447-CIV, 2010 WL 1911381, at *3 (S.D. Fla. May 12, 2010) (requiring party to state that it has made a reasonable inquiry "in an effort to obtain sufficient information to admit or deny the Request."). A party's failure to investigate cannot be excused by claiming such an investigation would constitute an undue burden.  *See Interland v. Bunting,* No. 1:04-CV-444-ODE, 2005 WL 2414990, at *8 (N.D. Ga. Mar. 31, 2005) ("Objections that claim the requests are burdensome… are not proper.").  Nor are general denials proper.  *See Capsmith v. Wysopal et al.,* No. 6:07-cv-1572-Orl-22KRS, 2008 WL 5432289, at *2 (M.D. Fla. Dec. 31, 2008) (citing *Interland,* 2005 WL 2414490, at *8) (striking Defendants' objection and deeming fact at issue admitted.).

Defendants' blanket objection in paragraph 16 of the RFA Response – that the RFAs were "unduly burdensome" excusing Defendants from "undertak[ing] a separate investigation and analysis into the general subject matter of each particular request" – demonstrates that Defendants made no "reasonable inquiry" under Rule 36.  Their decision to forgo such inquiry and to limit their responses "solely" to "analysis of the specific documents identified in the requests" has no basis in law and cannot excuse Defendants from making such an inquiry.  *See Hornbeck,* 2010 WL 1911381, at *3 (requiring Defendants to provide new RFA responses and stating: "Defendants have not complied with [Rule 36] because they have failed to state in detail

why they cannot truthfully admit or deny the statement.... In addition, to the extent, if any, Defendants are without knowledge or information regarding certain admissions, the Defendants have also failed to state that they have made a reasonable inquiry but are still unable to obtain the requested information sufficient to admit or deny the admission.").

**B.      Defendants' RFA Responses Must Be Amended or the Facts Must Be Deemed Admitted in Full or in Part**

Plaintiffs challenge 201 of Defendants' 203 RFA on the following, multiple grounds.[5]

**1.      Improper Denials Solely by Reference to Documents Cited**

Rule 36 provides in pertinent part: "A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest." Fed. R. Civ. P. 36(a)(4); *Kilpatrick v. Breg*, No. 08-10052-CIV, 2009 WL 1393053, at *3 (S.D. Fla. May 14, 2009) (requiring that party "fairly respond to the substance of the matter."). A denial must be "forthright, specific, and unconditional." *See* Wright & Miller, Federal Practice & Proc. § 2260. "On finding that an answer does not comply with this rule, the court may order either that the matter is admitted or that an amended answer be served." Fed. R. Civ. P. 36(a)(6).

Eighty-six times Defendants answered RFAs merely by stating: "Denied. The cited document does not support the statement made."[6] Based on a plain-English reading of this RFA

---

[5] S.D. Fla. L.R. 26.1(h)(2), *Motions to Compel*, provides that where a motion to compel is based on the "assertion of general or blanket objections to discovery," the moving party need not provide separate reasons and details concerning each RFA for which it seeks relief. As explained herein, due to Defendants' blanket non-response to 202 of 203 RFAs, Plaintiffs do not believe it necessary to itemize the relief sought to obtain the relief sought in this motion - an Order requiring Defendants to amend their responses *in toto*. However, because Plaintiffs also seek an Order deeming certain RFAs admitted in part or in full, they have attached as Appendix A, a list itemizing Plaintiffs' reasons supporting the specific relief sought with respect to certain individual RFAs.

Response, Plaintiffs cannot tell what is truly denied. Qualifications should "provide clarity and lucidity to the genuineness of the issue and not ... obfuscate, frustrate, or compound the references." *See Henry v. Champlain Enters, Inc.*, 212 F.R.D. 73, 78 (N.D.N.Y. 2003) (citing Moore's Federal Practice ¶ 36.10[6]). Although Plaintiffs cite to documents to expedite Defendants' factual inquiry, the RFAs seek admissions of the facts asserted, not whether the cited documents are the sole support for the admission sought. For these RFAs, Plaintiffs cannot tell whether Defendants deny that the cited document supports the fact, deny the fact, or both. Accordingly, Plaintiffs can only speculate whether and why Defendants have denied the substance of these RFAs.

One example illustrates the confusion created by this blanket objection. Request no. 9 (along with seventeen similar RFAs[7]) asks Defendants to admit that "BankAtlantic originated the loan known as ██████████, and cite ██████████[8] a ██████████ ██████ which ██████████████████████████████████████ ████████████████████████████████████████████ ███ should have helped Defendants to determine (in the highly implausible circumstance that they did not already well know) whether BankAtlantic originated the ██████████ loan. Despite reviewing this document, ████████████████████████████

---

[6] *See* RFA response nos. 4, 6, 8, 9, 12, 14, 17, 22, 23, 24, 25, 26, 34, 37, 38, 44, 45, 48, 49, 54, 55, 56, 60, 67, 70, 79, 80, 81, 82, 83, 84, 90, 91, 92, 93, 94, 95, 96, 98, 99, 100, 101, 110, 113, 114, 117, 123, 124, 125, 126, 129, 136, 137, 138, 139, 147, 148, 149, 150, 152, 153, 155, 156, 157, 159, 162, 164, 169, 170, 172, 173, 174, 180, 181, 182, 183, 185, 186, 190, 192, 193, 194, 195, 196, 197, 203.

[7] *See* RFA response nos. 9, 22, 34, 45, 56, 67, 80, 92, 98, 110, 123, 136, 148, 156, 169, 182 and 193.

[8] A true and correct copy of ██████████████ is attached to the Hinerfeld Decl. as hereto as Exhibit C.

██████, Defendants respond: "Denied.   The cited document does not support the statement made." Based on a facial reading of this denial, one possible meaning is that Defendants actually deny that BankAtlantic originated the ████████████████████████████████████ ██████ Another possible reading is that Defendants neither admit nor deny the truth of the matter asserted, and simply deny that the document proves that BankAtlantic originated the loan in question.[9]

Considering the ease with which Defendants could have confirmed or denied the matter asserted – that BankAtlantic originated the ████████ loan – Defendants' decision to confine the basis for its answer to a formalistic reading of a cited document is inexcusable under Rule 36.  As a practical matter, unless Defendants amend with complete answers, Plaintiffs will have to call trial witnesses to establish this straightforward factual assertion. This type of testimony is precisely what Rule 36 is designed to avoid.

In light of the foregoing, Plaintiffs respectfully request that the Court issue an Order deeming each of these 86 requests admitted in full,[10] or, in the alternative, requiring Defendants to amend these 86 requests to provide responsive, substantive answers admitting the facts asserted, in full or in part, and explaining the bases for their denials.

### 2.   Improper Denials Followed by Statements Related to Matters Asserted

---

[9] Defendants confirmed during the parties' telephonic meet and confer conference that (1) their intention was to deny only that the document proved the fact asserted, not to deny the fact asserted, and (2) it would not have been difficult to confirm the matter asserted – BankAtlantic's origination of the ████████ loan.  This representation proved that Defendants did not attempt to answer the RFA properly.  In any event, their ambiguous answer is not useful at trial.

[10] *See* Appendix A, request nos. 4, 6, 8, 9, 12, 14, 17, 22, 23, 24, 25, 26, 34, 37, 38, 44, 45, 48, 49, 54, 55, 56, 60, 67, 70, 79, 80, 81, 82, 83, 84, 90, 91, 92, 93, 94, 95, 96, 98, 99, 100, 101, 110, 113, 114, 117, 123, 124, 125, 126, 129, 136, 137, 138, 139, 147, 148, 149, 150, 152, 153, 155, 156, 157, 159, 162, 164, 169, 170, 172, 173, 174, 180, 181, 182, 183, 185, 186, 190, 192, 193, 194, 195, 196, 197, 203.

In the remaining 115 RFAs,[11] Defendants respond: "Denied.   The cited document does not support the statement made," and then provide diverse factual assertions.   These 115 responses are also fundamentally improper, for Defendants still ostensibly <u>deny</u> every request, but with even more uncertain effect.   As before, the question remains from the face of the responses:  have Defendants denied the underlying factual assertions, denied that the documents cited "support" those assertions, or both?

     a.     **Denials followed by assertions that the cited documents "indicate," in full, the matter asserted**

Several of Defendants' denials are followed by statements that, in effect, state that the documents cited in the RFA "indicate" in full the facts for which Plaintiffs sought admission. For example, in response to RFA no. 51, Defendants state:

     51.    As of May 31, 2007 ███████████████████████████████████████ ████████████████████████████

          Denied. The cited document does not support the statement made. ████ ████████████████████████████████████

*See* RFA Response at p. 12, ¶ 51.

Plaintiffs cannot determine precisely how, if at all, this response differs from the requested admission. Does it mean that ████████████████ *correctly* indicates that ████ ████████████████████████████████ on May 31, 2007?  If so, the proper answer would be "Admit" because that is the precise fact Plaintiffs seek to confirm.   Alternatively, the response may mean that █████████ indicates that ████████████████████████████

---

[11] *See* RFA response nos. 2, 3, 5, 7, 10, 11, 13, 15, 16, 18, 19, 20, 21, 27, 28, 29, 30, 31, 32, 35, 36, 39, 40, 41, 42, 43, 46, 47, 50, 51, 52, 53, 57, 58, 59, 61, 62, 63, 64, 65, 66, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 85, 86, 87, 88, 89, 97, 102, 103, 104, 105, 106, 107, 108, 109, 111, 112, 115, 116, 118, 119, 120, 121, 122, 127, 128, 130, 131, 132, 133, 134, 135, 140, 141, 142, 143, 144, 145, 146, 151, 154, 158, 160, 161, 163, 165, 166, 167, 168, 171, 175, 176, 177, 178, 179, 184, 187, 188, 189, 191, 198, 199, 200, 201, 202.

on May 31, 2007, but does not prove that fact.[12]  If so, then this response improperly evades Defendants' Rule 36 obligation to admit or deny the *substance* of the matter asserted.[13]

In either case, Defendants' denial on the basis that the cited document, ████, "does not support" the assertion that ████████████████ avoids their obligation to provide categorical responses under Rule 36.[14]

Plaintiffs respectfully request that the Court issue an Order deeming this category of requests admitted in full, [15] or, in the alternative, requiring Defendants to provide responsive, substantive answers admitting or denying, in full or in part, the facts asserted in these RFAs, and explaining the bases for any denials.

**b.    Denials followed by assertions that the cited documents "indicate," <u>in part</u>, the matter asserted**

In several cases, Defendants deny Plaintiffs' RFA, but then state that the cited document "indicates" *in part* the matter asserted.  The response to RFA no. 3 illustrates this point:

---

[12] Rule 36 requires a party to admit or deny the substance of an RFA;  it may not avoid stating its position by saying, in effect, that the document speaks for itself.  *See Interland*, 2005 WL 2414990, at *8.

[13] A third possibility is that Defendants deny that the terms ████████ and ████ have the same meaning.  If this distinction is the basis for Defendants' denial of RFA #51, then it is placing form over substance, in violation of Rule 36, and is also inconsistent with Defendants' own use of the term ████████ in response to RFA #50.  Defendants nowhere objected to Plaintiffs' use of the term ████████

[14] Moreover, it is unclear how a document can *indicate* a fact yet not *support* that fact. Defendants' explanation simply makes no sense on its face.

[15] *See* Appendix A, request nos. 18, 19, 20, 21, 28, 29, 30, 31, 51, 52, 53, 62, 63, 64, 65, 74, 75, 76, 77, 86, 87, 88, 89, 97, 103, 104, 105, 106, 118, 119, 120, 121, 122, 131, 132, 133, 134, 135, 143, 144, 145, 154, 165, 166, 167, 168, 176, 177, 179, 184, 188, 189, 191, 199, 200, 202.



3.  ████████████ was originated on July 27, 2004.  ████████████
    ████[16]

    Denied.  The cited document does not support the statement made.  The
    ████████████████████████ indicates ████████████████████████

*See* RFA Response at p. 5, ¶ 3.

As before, Defendants deny the entirety of the RFA, then refer to the very document Plaintiffs cite and note that it "indicates" that a specific note – ████████████ – of the ████████████ loan – was originated on July 27, 2004.  From this response, Plaintiffs cannot determine if Defendants admit that the origination date for ████████████ Note Number #1 was July 27, 2004, or merely acknowledge that the ████████████ "indicates" that fact.  If Defendants deny the statement because they dispute the veracity of the cited document, then they have not properly admitted or denied the substance of the matter, as explained, *supra*.

If, however, Defendants concede the truth of the document, but believe that it applies only to a portion of the ████████████ loan, the required response would be to admit the RFA in part, and then explain why they deny the remainder of the request.  Fed. R. Civ. P. 36(a)(4).

Plaintiffs respectfully request that the Court issue an Order deeming this category of requests admitted in part, as specified in Appendix A,[17] and requiring Defendants to explain the bases for any denials of the remaining portions of those RFAs.

---

[16] A true and correct copy of ████████████ is attached hereto as Hinerfeld Decl. Ex. D.

[17] *See* Appendix A, request nos. 3, 5, 11, 13, 36, 39, 47, 58, 59, 61, 69, 72, 112, 127, 158, 160, 171.

        **c.**      **Denials followed by factual assertions confirming the matter asserted**

In five of their responses, Defendants have denied a request on the basis that the document cited does not support the fact asserted, and then made a factual assertion that appears to confirm the precise fact originally asserted. For example, RFA no. 15 and Defendants' response are as follows:

15.    On April 6, 2007, ██████████████████████████ ████████████████████

Denied. The cited document does not support the statement made. On April 6, 2007 ██████████████████████████████████ ████████████████

*See* RFA Response p. 7, ¶ 15.

Plaintiffs simply cannot determine how Defendants' denial statement differs from the fact asserted, other than the synonyms ████████ and ████████ If the document cited does not support Plaintiffs' statement, and Defendants have done no additional investigation, there is no clear basis either for Defendants' denial, or their subsequent factual assertion.

Plaintiffs respectfully request that the Court issue an Order deeming these five RFAs to be admitted in full, as specified in Appendix A,[18] or, in the alternative, to require Defendants to provide responsive, substantive answers admitting or denying, in full or in part, the facts asserted in these RFAs, and explaining the bases for any denials.

        **d.**      **Denials followed by factual assertions confirming, <u>in part</u>, the matter asserted**

In several other responses, Defendants have denied a request on the basis that the document cited does not support the fact asserted, and then made a factual assertion that appears

---

[18] *See* Appendix A, request nos.15, 41, 42, 43, 201.

to confirm, *in part*, the fact originally asserted. For example, RFA no. 16 and Defendants' response are as follows:

16.   On April 17, 2007, 

See RFA Response p. 7, ¶ 16.

The denial statement here appears to concede

on April 17, 2007, but not to concede that

on that date. Assuming the loan was not

the required response would be "Admit in part,"

specifying which part of the request Defendants admit, which part they deny, along with an explanation for their denial. Plaintiffs cannot tell from this response whether Defendants deny that the loan on April 17, 2007, or just that the cited document does not support that assertion.

Plaintiffs respectfully request that the Court issue an Order deeming this category of requests to be admitted in part, as specified in Appendix A,[19] and requiring Defendants to explain the bases for any denials of the remaining portions of those RFAs.

      e.    **Denials followed by assertions that the documents, in effect "speak for themselves."**

---

[19] *See* Appendix A, request nos. 7, 16, 32, 40, 50, 73, 78, 85, 107, 111, 115, 116, 130, 141, 142, 146, 163, 175, 178, 187, 198.

For a particularly important subset of the RFAs, those seeking confirmation of the category – BLB, LAD, or LADC – into which the loans fell at least on and after March 31, 2007, Defendants have refused to provide substantive answers,[20] and instead, either simply stated that the document does not support the statement made,[21] or cited a document's language without admitting or denying the fact asserted.[22]   For example, RFA no. 2 and Defendants' response state:

2.    ████████████ was an LADC loan at least on and after March 31, 2007, as defined, supra.

Denied. The cited document does not support the statement made. The ████ ████████████ indicates ████████

*See* RFA Response p. 5, ¶ 2.

Defendants have neither admitted nor denied that the ████████████ Loan was an LADC loan or that it was categorized as such at least on and after March 31, 2007.  Instead, they just quote a document, without admitting or denying its truth.   It is improper to respond to an RFA by stating that a document in effect "speaks for itself." *See Interland,* 2005 WL 2414490, at *8 ("Objections that claim[] … that the document, in effect, "speaks for itself" are not proper.").

Plaintiffs respectfully request that the Court issue an Order deeming these requests admitted in full,  as specified in Appendix A, [23] or, in the alternative, compelling Defendants to

---

[20] *See* RFA response nos. 2, 10, 23, 35, 46, 57, 68, 81, 93, 99, 111, 124, 137, 157, 170, 183, 194.

[21] *See* RFA response nos. 23, 81, 93, 99, 124, 137, 183, 194.

[22] *See* RFA response nos. 2, 10, 35, 46, 57, 68, 111, 157, 170.

[23] *See* Appendix A, response nos. 2, 10, 23, 35, 46, 57, 68, 81, 93, 99, 111, 124, 137, 157, 170, 183, 194.

provide responsive, substantive answers admitting or denying, in full or in part, the facts asserted in these RFAs, and explaining the bases for any denials.

>    **f.**    **Denials followed by non-responsive citations to the documents cited.**

With respect to several requests, Defendants have responded: "Denied. The cited document does not support the statement made," and then quoted a non-responsive portion of the document cited, without admitting or denying the statement.   For example, RFA no. 66 and Defendants' response state:

>    66.    The loan balance of ▮▮▮▮▮▮▮▮▮▮ as of February 29, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
>
>    Denied. The cited document does not support the statement made.   The cited document states that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*See* RFA Response at p.15, ¶ 66.

This response, and similar *non sequitur* responses, fail to provide a meaningful admission or denial to Plaintiffs' RFAs.   As noted *supra*, Rule 36 requires that Defendants respond to the substance of the RFA.   They may not respond by referring to information that fails to admit or deny the fact asserted.

Plaintiffs respectfully request that the Court issue an Order deeming those requests admitted in full, as specified in Appendix A, [24] or, in the alternative, compelling Defendants to provide responsive, substantive answers admitting or denying, in full or in part, the facts asserted in these RFAs, and explaining the bases for any denials.

In sum, Defendants' incomplete and evasive answers to the RFAs prejudice both Plaintiffs and the Court as the parties prepare for trial and attempt to streamline the issues for the

---

[24] *See* Appendix A, response nos. 27, 66, 71, 102, 108, 109, 128, 140, 151, 161.

jury.  The purpose of RFAs is "to limit the factual issues in a case, and thereby reduce trial effort and promote efficient litigation."  *See Capsmith*, 2008 WL 5342289, at * 2.  By refusing outright to admit or deny many facts, and by casting apparent, partial admissions as "denial statements," Defendants have injected ambiguity into the record.  As a practical matter, unless Defendants amend with complete answers, Plaintiffs will have to call trial witnesses to establish all 202 of the factual assertions Defendants have denied.  In all likelihood, Plaintiffs will introduce most of the same documents listed in the RFAs.  This type of clerical testimony is precisely what Rule 36 is designed to obviate.

### CERTIFICATION OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(A)(3)

The undersigned hereby certifies that he has made a good-faith effort to resolve the matters referred to in the preceding motion.

On the afternoon of June 2, 2010, counsel for the parties met and conferred telephonically to discuss Plaintiffs' concerns with the RFA Responses.  Defendants confirmed that they did not undertake any independent research in responding to the RFAs.  Defendants then stated the implausible position that, because Plaintiffs included document citations following their requests, Defendants believed that Plaintiffs only sought admission of the facial content of the documents, not the truth of the matters asserted in the RFAs.  Plaintiffs requested that Defendants provide a complete, amended response to Plaintiffs' RFAs, as well as a stipulation that would guarantee Plaintiffs' right to file a motion, after the court-ordered motion filing deadline of June 3, 2010, objecting to any such amended RFA response.

On the morning of June 3, 2010, counsel for the parties again met and conferred telephonically.  Reiterating their claim of undue burden, and claiming that the RFAs improperly shift the burden of proof to Defendants, Defendants stated that they would not provide a

(30) RFAs of Plaintiffs' choosing, two weeks from June 3, 2010. Upon due consideration, this offer was not acceptable to Plaintiffs.

Consequently, all efforts to resolve the matters contained in this motion have failed.

### CONCLUSION

WHEREFORE, Plaintiffs respectfully request that this Court issue an Order (1) compelling Defendants to provide an amended, proper response to the RFAs, (2) deeming certain of the RFAs admitted <u>in full</u> and (3) deeming certain responses admitted <u>in part</u>.

Date: June 3, 2010                         Respectfully submitted,

/s/ Benjamin J. Hinerfeld
BENJAMIN J. HINERFELD, admitted *pro hac vice*
**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**

Andrew L. Zivitz, admitted *pro hac vice*
Matthew Mustokoff, admitted *pro hac vice*
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@btkmc.com
mmustokoff@btkmc.com

*Co-Class Counsel for Class Representatives and the Class*

**LABATON SUCHAROW, LLP**
Mark S. Arisohn, admitted *pro hac vice*
Serena Hallowell, admitted *pro hac vice*
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
marisohn@labaton.com
shallowell@labaton.com

*Co-Class Counsel for Class Representatives and*

*the Class and Lead Counsel for Lead Plaintiff
State Boston Retirement System*

Ronald Shindler, Esq.
Fla. Bar No. 781703
**FOWLER WHITE BURNETT P.A.**
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, FL 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
rshindler@fowler-white.com

*Liaison Counsel for Class Representatives and
the Class and for Lead Plaintiff State-Boston
Retirement System*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed VIA CM-ECF (and a non-redacted version was filed UNDER SEAL VIA HAND-DELIVERY). I also certify that the foregoing is being served this day on the following counsel of record VIA HAND-DELIVERY:

Eugene E. Stearns, Esq.
Adam Schachter, Esq.
Gordon McRea Mead, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 W Flagler Street, Ste. 2200
Miami, FL 33130

RONALD D. SHINDLER

# APPENDIX A

## Submitted In Compliance With S.D. Fla. L. R. 26.1(H)(2)
## Reasons Supporting Relief Sought For Individual RFAs

### ***REDACTED FOR PUBLIC FILING***

█████████████████████████

1.    Admitted – Plaintiffs seek no relief.

████████████████████████████████████████████
████████████████████████████████

Denied. The cited document does not support the statement made. ███████████████████████████████████
████████████████████████████████████████████████
█████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████████████████
██████████████████████████████

Denied. The cited document does not support the statement made. ███████████████████████████████████
████████████████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically:



Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.



Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically: ███████████
███████████████████████████████
███████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████
███████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

**Relief Sought:**

Deem RFA admitted in part, specifically: ██████████
████████████

3

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied. The cited document does not support the statement made. █████████████████████████████████

████████████████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████████

████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically:

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" a certain fact.

**Relief Sought:**

Deem RFA admitted in part, specifically:

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.  Statement following "Denied" appears to confirm the precise fact asserted in the request and should therefore be admitted.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

7

[REDACTED]

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.     Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.     Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought**:

Deem RFA admitted in part, specifically that [REDACTED]

[REDACTED]

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought**:

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

[REDACTED]

Denied. The cited document does not support the statement made. [REDACTED]

[REDACTED]

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

8

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

9

1. Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2. Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1. Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2. Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

13

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████
██████████████████████

Denied. The cited document does not support the statement made. ██████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████
██████████████████████

Denied. The cited document does not support the statement made. ████████████████████
██████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that

Denied.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer cites no document and provides no other basis for
    denial, suggesting that Defendants denied this request on
    some independent ground.  Such position is inconsistent
    with Defendants' General Objection that "… Defendants'
    responses to the requests are based solely on an analysis of
    the specific documents identified in the requests…." and
    that they "did not for purposes of these requests for
    admission, undertake a separate investigation and analysis
    into the general subject matter of each particular request."

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer explaining the basis
for their denial.

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact
    asserted or deny only that the cited document supports that
    fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied. The cited document does not support the statement
made.

16

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████████

Denied. The cited document does not support the statement
made. ████████████████████████████

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically: ████████████

██████████████████████████████████████

Denied.  The cited document does not support the statement
made.

17

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1. Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████
███████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1. Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████████
███████

Denied. The cited document does not support the statement made. █████████████████████████
███████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1. Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2. Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants

concede truth of the cited document's contents, or merely
concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically: 

Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically that 

Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.      Statement following "Denied" appears to confirm the precise fact asserted in the request and should therefore be admitted.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████
███████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████████
███████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.      Statement following "Denied" appears to confirm the precise fact asserted in the request and should therefore be admitted.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████
███████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████████
███████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.   Statement following "Denied" appears to confirm the precise fact asserted in the request and should therefore be admitted.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

██████████████████████

███████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

21

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically: ████████

████████████████████████████████

████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████

23

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny any or all
       facts asserted or deny only that the cited document supports
       those facts.

2.    Statement following "Denied" appears to confirm the
       precise fact asserted in the request and should therefore be
       admitted.

**Relief Sought**:

Deem RFA admitted in part, specifically that

Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

2.    Statement following "Denied" is not a qualified admission
       or denial, in that it does not specify whether Defendants
       concede truth of the cited document's contents, or merely
       concede that the cited document "indicates" certain facts.

**Relief Sought**:

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

24

Denied. The cited document does not support the statement made. ████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████
███████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████

Denied. The cited document does not support the statement
made. ███████████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

2.    Statement following "Denied" is not a qualified admission
       or denial, in that it does not specify whether Defendants
       concede truth of the cited document's contents, or merely
       concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████

Denied. The cited document does not support the statement
made. ███████████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

27

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically:



Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically:



Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.



Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited documents support that
        fact.

2.      Statement following "Denied" is not a qualified admission
        or denial, in that it does not specify whether Defendants
        concede truth of the cited documents' contents, or merely
        concede that the cited documents "indicate" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically that

Denied. The cited document does not support the statement
made.

29

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied. The cited document does not support the statement
made.

30

████████████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

████████████████████████████

Denied. The cited document does not support the statement
made. ████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made. ████████████████████████████████

32

███████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████

Denied. The cited document does not support the statement made. █████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:** Deem RFA admitted in part, specifically:

████████████████████████████

████████████████████████████

33

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████
█████████████████████

Denied. The cited document does not support the statement made. ████████████████████████
███████████████████████
████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████
███████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

> 1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

> 2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:** Deem RFA admitted in part, specifically:

████████████████████████████

████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.    Statement following "Denied" appears to confirm the precise fact asserted in the request and should therefore be admitted.

**Relief Sought:**

Deem RFA admitted in part, specifically that ████████████████████████████

██████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

██████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

██████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

77.      ████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.



Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.    Statement following "Denied" appears to confirm the precise fact asserted in the request and should therefore be admitted.

**Relief Sought:**

Deem RFA admitted in part, specifically that

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████
████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████
████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought**:

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought**:

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.    Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that ███████

████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████

Denied.  The cited document does not support the statement made. ███████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████████████

Denied.  The cited document does not support the statement made. █████████████████
████████████████████████

41

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████

Denied.  The cited document does not support the statement made.  █████████████████

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████

Denied.  The cited document does not support the statement made.  █████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact
    asserted or deny only that the cited document supports that
    fact.

2.  Statement following "Denied" is not a qualified admission
    or denial, in that it does not specify whether Defendants
    concede truth of the cited document's contents, or merely
    concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████████
███████████████████████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact
    asserted or deny only that the cited document supports that
    fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████████
████████████████████████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact
    asserted or deny only that the cited document supports that
    fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████

Denied.  The cited document does not support the statement made. ████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████

████████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

46

████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

47

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants

48

concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████
████████████████████                   █

Denied.  The cited document does not support the statement made. ████████████████████████████████
██████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████
████████████████████                   █

Denied.  The cited document does not support the statement made. ████████████████████████████████
███████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants

concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.      Statement following "Denied" appears to confirm the
        precise fact asserted in the request and should therefore be
        admitted.

**Relief Sought:**

Deem RFA admitted in part, specifically that █████████████

███████████████████████████████████████

███████████████████████████████

Denied. The cited document does not support the statement
made. ██████████████████████████

████████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

2.      Statement following "Denied" is not a qualified admission
        or denial, in that it does not specify whether Defendants
        concede truth of the cited document's contents, or merely
        concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

████████████████████████████████████

█████████████████████████████

Denied. The cited document does not support the statement
made. ██████████████████████████

████████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.



Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████

Denied. The cited document does not support the statement made. ███████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically: ██████████, and compel explanation of denial for remainder of RFA.

███████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact
asserted or deny only that the cited document supports that
fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████████████

Denied. The cited document does not support the statement
made. ████████████████████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny any or all
facts asserted or deny only that the cited document supports
those facts.

2.    Statement following "Denied" appears to confirm, in part,
the fact asserted in the request and should therefore be
admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that ████████████

54

██████████████████████████

██████, and compel explanation of denial for remainder of RFA.



Denied. The cited document does not support the statement made. ██████████████████████

██████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited documents support those facts.

2.    Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that ████████████

██████, and compel explanation of denial for remainder of RFA.

█████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
      asserted or deny only that the cited document supports that
      fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.



Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
      asserted or deny only that the cited documents support that
      fact.

2.    Statement following "Denied" is not a qualified admission
      or denial, in that it does not specify whether Defendants
      concede truth of the cited documents' contents, or merely
      concede that the cited documents "indicate" certain facts.

3.    Statement following "Denied" appears to confirm, in part,
      the fact asserted in the request and should therefore be
      admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically: ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮, and compel
explanation of denial for remainder of RFA.

Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny any or all
        facts asserted or deny only that the cited document supports
        those facts.

2.      Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that ████████████ ████████████████████████, and compel explanation of denial for remainder of RFA.

████████████████████████████████
████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████
████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████
████████████████

Denied. The cited document does not support the statement made. ████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████
████████████████

Denied. The cited document does not support the statement made. ████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████
████████████████

Denied. The cited document does not support the statement made. ████████████████████████████
████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████
████████████████████████████████████
██████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought**:

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought**:

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought**:

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied. The cited document does not support the statement made.████████████████████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

66

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.    Statement following "Denied" appears to confirm the precise fact asserted in the request and should therefore be admitted.

**Relief Sought:**

Deem RFA admitted in part, specifically that ████████████ ████████████████, and compel explanation of denial for remainder of RFA.

Denied. The cited document does not support the statement made. ████████████████████████

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.    Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.    Statement following "Denied" appears to confirm the precise fact asserted in the request and should therefore be admitted.

**Relief Sought:**

Deem RFA admitted in part, specifically that ████████

███████████████████████████████████████,
and compel explanation of denial for remainder of RFA.

████████████████████████████████████████

Denied. The cited document does not support the statement
made. █████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

████████████████████████████████████████

Denied. The cited document does not support the statement
made. █████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact
     asserted or deny only that the cited document supports that
     fact.

2.   Statement following "Denied" is not a qualified admission
     or denial, in that it does not specify whether Defendants
     concede truth of the cited document's contents, or merely
     concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.



Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.  Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that 

, and compel
explanation of denial for remainder of RFA.

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.



Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

2.      Statement following "Denied" is not a qualified admission
        or denial, in that it does not specify whether Defendants
        concede truth of the cited document's contents, or merely
        concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection**: None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

█████████████

████████████████████████████
██████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████
████████████████

Denied. The cited document does not support the statement made. █████████████████
██████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████
███████████

Denied. The cited document does not support the statement
made. ██████████████████████
███████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

2.      Statement following "Denied" is not a qualified admission
        or denial, in that it does not specify whether Defendants
        concede truth of the cited document's contents, or merely
        concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically: ████████████
████████████, and compel explanation of denial for
remainder of RFA.

████████████████████████████
██████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.



Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically:



Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

76

2.     Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████

Denied. The cited document does not support the statement made. ███████████████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.     Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

77



**Relief Sought:**

Deem RFA admitted in part, specifically that ███████████
████████████████████████████████, and compel explanation
of denial for remainder of RFA.

███████████████████████████████████████
███████████████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

██████████████████████████████████
███████████████████████████

Denied. The cited document does not support the statement
made. ███████████████████████████████

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

2.      Statement following "Denied" is not a qualified admission
        or denial, in that it does not specify whether Defendants
        concede truth of the cited document's contents, or merely
        concede that the cited document "indicates" certain facts.

**Relief Sought:**

78

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████

Denied. The cited document does not support the statement
made. ████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

2.     Statement following "Denied" is not a qualified admission
       or denial, in that it does not specify whether Defendants
       concede truth of the cited document's contents, or merely
       concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

███████████████████████████████████

Denied. The cited document does not support the statement
made. ████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

2.     Statement following "Denied" is not a qualified admission
       or denial, in that it does not specify whether Defendants
       concede truth of the cited document's contents, or merely
       concede that the cited document "indicates" certain facts.

**Relief Sought:**

79

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

██████████████

███████████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

2.     Statement following "Denied" is not a qualified admission
       or denial, in that it does not specify whether Defendants
       concede truth of the cited document's contents, or merely
       concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.     Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

2.     Statement following "Denied" is not a qualified admission
       or denial, in that it does not specify whether Defendants
       concede truth of the cited document's contents, or merely
       concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in part, specifically:

81

███████████, and compel explanation of denial for
remainder of RFA.

████████████████████████████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.     Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

████████████████████████████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.     Answer does not state whether Defendants deny the fact
       asserted or deny only that the cited document supports that
       fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

████████████████████████████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

████████████████████████████████████████████
██████████████████████████████

Denied. The cited document does not support the statement
made. ████████████████████████████
████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny any or all
        facts asserted or deny only that the cited document supports
        those facts.

2.      Statement following "Denied" appears to confirm, in part,
        the fact asserted in the request and should therefore be
        admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that ███████████
████████████████████████████
███████████████, and compel explanation of denial for
remainder of RFA.

████████████████████████████████████████████
█████████████████████

Denied. The cited document does not support the statement
made. ████████████████████████████
████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

83

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

84

2.    Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that ███████████

███████████ , and compel explanation of denial for remainder of RFA.

███████████████████████

Denied. The cited document does not support the statement made. ████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.



Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.



Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████

Denied. The cited document does not support the statement made. ██████████████████████████

**Defendants' Specific Objection:  None**
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.    Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

87

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.      Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that ███████████ ██████████████████████████, and compel explanation of denial for remainder of RFA.

████████████████████████████████████████████████
████████████████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████
████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.      Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████████████████
████████████████████████████████████████████

Denied. The cited document does not support the statement made. ████████████████████████████
████████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

2.      Statement following "Denied" is not a qualified admission
        or denial, in that it does not specify whether Defendants
        concede truth of the cited document's contents, or merely
        concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

Denied. The cited document does not support the statement
made.

**Defendants' Specific Objection**:  None
**Plaintiffs' Specific Reason(s) Supporting Motion**:

1.      Answer does not state whether Defendants deny the fact
        asserted or deny only that the cited document supports that
        fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████

███████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

91

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

███████████████████████████████████████████

Denied.  The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
      asserted or deny only that the cited document supports that
      fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

██████████████████████████████████████████
███████████████████████████

Denied.  The cited document does not support the statement
made.

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny the fact
      asserted or deny only that the cited document supports that
      fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to
provide responsive, substantive answer admitting fact or
explaining the basis for their denial.

████████████████████████████████████████████
█████████████████████████

Denied. The cited document does not support the statement
made. ████████████████████████████████
████████████████████████████████████

**Defendants' Specific Objection:**  None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.    Answer does not state whether Defendants deny any or all
      facts asserted or deny only that the cited document supports
      those facts.

2.    Statement following "Denied" appears to confirm, in part,
      the fact asserted in the request and should therefore be
      admitted in part.

**Relief Sought:**

Deem RFA admitted in part, specifically that ██████████ ████ ████████████████, and compel explanation of denial for remainder of RFA.

████████████████████████████████████ ████████████████████████

Denied. The cited document does not support the statement made. ████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████ ████████████████████████

Denied. The cited document does not support the statement made. ████████████████████

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.  Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny any or all facts asserted or deny only that the cited document supports those facts.

2.   Statement following "Denied" appears to confirm, in part, the fact asserted in the request and should therefore be admitted in part.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.   Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

2.   Statement following "Denied" is not a qualified admission or denial, in that it does not specify whether Defendants concede truth of the cited document's contents, or merely concede that the cited document "indicates" certain facts.

95

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.

████████████████████████████████████

Denied. The cited document does not support the statement made.

**Defendants' Specific Objection:** None
**Plaintiffs' Specific Reason(s) Supporting Motion:**

1.  Answer does not state whether Defendants deny the fact asserted or deny only that the cited document supports that fact.

**Relief Sought:**

Deem RFA admitted in full, or compel Defendants to provide responsive, substantive answer admitting fact or explaining the basis for their denial.