UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61542-CIV-UNGARO/SIMONTON

IN RE BANKATLANTIC BANCORP, INC.
SECURITIES LITIGATION

NOTICE OF MEDIATOR REPORT

Pursuant to the Court's June 22, 2009 Order of Referral to Mediation requiring the Mediator file a mediation report within five (5) days following the mediation conference and the Court's June 15, 2010 Order Requiring Response, Plaintiffs herewith file the Mediator's Report of Mark A. Buckstein dated June 15, 2010.

Dated:  June 16, 2010

LABATON SUCHAROW LLP

By:   /s/ Mark S. Arisohn_____
MARK S. ARISOHN, *pro hac vice*
SERENA HALLOWELL, *pro hac vice*
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Co-Class Counsel for Class Representatives and the Class and Lead Counsel for Lead Plaintiff State-Boston Retirement System*

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
ANDREW L. ZIVITZ, *pro hac vice*
MATTHEW MUSTOKOFF, *pro hac vice*
MARK S. DANEK, *pro hac vice*
BENJAMIN J. HINERFELD, *pro hac vice*
MICHELLE NEWCOMER, *pro hac vice*
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Co-Class Counsel for Class Representatives and the Class*

RONALD D. SHINDLER # 781703
FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza 14th Floor
1395 Brickell Avenue
Miami, FL 33131-3302
rshindler@fowler-white.com
Tel: (305) 789-9222

*Liaison Counsel forCo- Class Representatives and the Class and for Lead Plaintiff State-Boston Retirement System*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61542-CIV-UNGARO/SIMONTON

IN RE BANKATLANTIC BANCORP, INC.
SECURITIES LITIGATION

**MEDIATOR'S REPORT**

To:   The Honorable Ursula M. Ungaro

The undersigned, MARK A. BUCKSTEIN, the mediator designated by the parties hereto to mediate this dispute, hereby sets forth his report of the mediation in this matter.

1. The mediation of this matter took place on June 2, 2010 between the hours of 9:30 a.m. and 4:30 p.m. at the offices of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. 150 West Flagler Street, Miami, Florida 33130. In attendance at the mediation were the following persons:

| | | |
|---|---|---|
| For Plaintiffs: | Danny Green- | Deputy Director State- Boston Retirement System |
| | Susan Weber- | Erie County Employees Retirement System |
| | Counsel: | Labaton Sucharow LLP by |
| | | Mark S. Arisohn, Chris Keller, Serena Hallowell |
| | | Barroway Topaz Kessler Meltzer & Check LLP by |
| | | Andrew L. Zivitz and Matthew L. Mustokoff |
| For Defendants: | Jarett Levan | CEO – BankAtlantic |
| | Alan Levan | BankAtlantic |
| | John Abbo | Vice-Chairman – BankAtlantic |
| | Valerie Toalson | CFO- BankAtlantic |
| | Counsel: | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. by |
| | | Eugene Stearns, Richard Jackson, Grey Mead, Adam Schacter, Allison Miller, Cecilia Simmons, Ingeman Callejas, Andrea Nathan and Kaikli Ross |
| For Insurers: | Ace London | Nick Barron and Edward Kirk (Clyd & Co.) |
| | Chartis Claims | Amy Ruina |
| | Axis | Peter Kiely and Gary Seligman (Wiley, Rein) |
| | Arch Ins. Co. | Michael Goodstein (Bailey Cavalieri) |

Mediator:   Mark A. Buckstein

2. The mediator declared an impasse at 4:30 p.m.

Dated:   June 15, 2010
         Boca Raton, Florida

_____
Mark A. Buckstein, Mediator
2424 N. Federal Highway- Suite 451
Boca Raton, Florida 33431
Tel:   561-417-6602   Fax:   561-417-6604
E-mail: mabresolve@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re BankAtlantic Bancorp Inc. Securities Litigation. | ) <br> ) Civil Action No.: 07-61542-CIV- <br> ) UNGARO/SIMONTON <br> ) <br> ) CLASS ACTION <br> ) <br> ) Honorable Ursula M. Ungaro |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of: The Notice of Mediator's Report was filed with the Clerk of the Court using CM/ECF, which will electronically transmit and notify all counsel of record on this the 16th day of June 2010. I also certify that the foregoing is being served this day on all counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: June 16, 2010                             Respectfully submitted,

**s/ Ronald D. Shindler**
RONALD D. SHINDLER # 781703
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza
14th Floor
1395 Brickell Avenue
Miami, FL 33131-3302
Telephone: (305) 789-9222
Facsimile: (305) 789-9201

rshindler@fowler-white.com

*Liaison Counsel for Class Representatives and the Class and for Lead Plaintiff State Boston Retirement System*

**LABATON SUCHAROW LLP**
Mark S. Arisohn, admitted *pro hac vice*
Serena Hallowell, admitted *pro hac vice*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Counsel for Class Representatives and the Class and Lead Counsel for Lead Plaintiff State-Boston Retirement System*

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
Andrew L. Zivitz, admitted *pro hac vice*
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
*Co-Counsel for Class Representatives and the Class*

BANKATLANTIC BANCORP SERVICE LIST
Case No. 07-61542-CIV-UNGARO/SIMONTON
United States District Court, Southern District of Florida

**Adam Michael Schachter**
**Eugene E. Stearns**
**Gordon McRae Mead, Jr.**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
Email: aschachter@stearnsweaver.com
        estearns@stearnsweaver.com
        gmead@stearnsweaver.com

**David Reich Chase**
David R Chase PA
1700 E Las Olas Boulevard
Penthouse 2
Fort Lauderdale, FL 33301
954-920-7779
Fax: 923-5622
Email: david@davidchaselaw.com

**Jules Brody**
Stull Stull & Brody
6 E 45th Street
Suite 500
New York, NY 10017
212-687-7230
Fax: 490-2022

**Julie Prag Vianale**
**Kenneth J. Vianale**
Vianale & Vianale
2499 Glades Road
Suite 112
Boca Raton, FL 33431
561-392-4750
Fax: 392-4775
Email: jvianale@vianalelaw.com