# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 07-61542-CIV-UNGARO/SIMONTON

---

IN RE BANKATLANTIC BANCORP, INC.
SECURITIES LITIGATION

---

### PLAINTIFFS' NOTICE OF FILING DECLARATION OF
### BENJAMIN J. HINERFELD IN SUPPORT OF PLAINTIFFS' MOTION TO
### EXCLUDE THE EXPERT TESTIMONY OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Plaintiffs, by and through the undersigned attorneys, hereby file the Declaration of Benjamin

J. Hinerfeld in Support of Plaintiffs' Motion in Support of Plaintiffs' Motion to Exclude the Expert

Testimony of ▮▮▮▮▮▮▮▮▮▮▮▮.

Dated this 18th day of June, 2010.

Respectfully submitted,

/s/ Ronald Shindler
Ronald Shindler, Esq.
Fla. Bar No. 781703
FOWLER WHITE BURNETT P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

*Liaison Counsel for Class Representatives
and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via CM/ECF.

/s/ Ronald D. Shindler
Ronald D. Shindler

## SERVICE LIST

Adam M. Schachter
Eugene E. Stearns
Gordon M. Mead, Jr.
**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**
150 W. Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305)789-3400
Facsimile: (305) 789-3395
aschachter@stearnsweaver.com
estearns@stearnsweaver.com
gmead@sternsweaver.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61542-CIV-UNGARO/SIMONTON

IN RE BANKATLANTIC BANCORP.
INC. SECURITIES LITIGATION

### REDACTED DECLARATION OF BENJAMIN J. HINERFELD IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF ███████████

I, Benjamin J. Hinerfeld, respectfully submit this declaration in support of Plaintiffs' Motion to Exclude the Expert Testimony of ███████████ submitted ("Plaintiffs' Motion") herewith in the above-captioned action (the "Action"), and hereby declare as follows:

1.      I am an attorney admitted to practice in the Commonwealth of Pennsylvania, State of Delaware, State of New York and *pro hac vice* in this case, and am an associate at the law firm of Barroway Topaz Kessler Meltzer & Check, LLP ("Barroway Topaz"), Co-Class Counsel for Class Representatives, State-Boston Retirement System ("State-Boston") and Erie County Employees Retirement System ("Erie"), (collectively, "Plaintiffs"). I have personal knowledge of all facts set forth in this declaration, and can testify competently thereto if called upon to do so as a witness.

2.      Attached as Exhibit A is a true and correct copy of the ███████████ ███████████ as produced by defendants in this Action.

3.      Attached as Exhibit B is a true and correct copy of a list of materials reviewed by ███████████ as produced by defendants in this Action.

4.      Attached as Exhibit C is a true and correct copy of excerpts of the deposition of ███████████

5.      Attached as Exhibit D is a true and correct copy of Ex. 265, ███████████ ███████████ defendants and marked as an exhibit during a deposition in this Action.

6.      Attached as Exhibit E is a true and correct copy of Exhibit E to ███████████ ███████████ produced by defendants in this Action.

1

7.      Attached as Exhibit F is a true and correct copy of the Reply Affidavit ███████

████████████████████████████████████████████████████████████████████

████████████████████████████████

8.      Attached as Exhibit G is a true and correct copy of the █████████████

████████████████████

9.      Attached as Exhibit H is a true and correct copy of █████████████,

████████████████████████████████████████████████████████████████████

produced by defendants in this Action.

10.     Attached as Exhibit I is a true and correct copy of Ex. 380, ██████████

███████████ as produced by defendants and marked as an exhibit during a deposition in this

Action.

11.     Attached as Exhibit J is a true and correct copy of Ex. 381, ██████████

███████████ as produced by defendants and marked as an exhibit during a deposition in this

Action.

12.     Attached as Exhibit K is a true and correct copy of ██████████████

████████████████████████████████████████ as produced by defendants

in this Action.

I declare, under penalty of perjury under the laws of the United States of America, that

the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of June, 2010, in Radnor, Pennsylvania.


/s/  Benjamin J. Hinerfeld

                            Benjamin J. Hinerfeld


2

EXHIBIT A
(FILED UNDER SEAL)

EXHIBIT B
(FILED UNDER SEAL)

EXHIBIT C
(FILED UNDER SEAL)

EXHIBIT D
(FILED UNDER SEAL)

EXHIBIT E
(FILED UNDER SEAL)

EXHIBIT F
(FILED UNDER SEAL)

EXHIBIT G
(FILED UNDER SEAL)

EXHIBIT H
(FILED UNDER SEAL)

EXHIBIT I
(FILED UNDER SEAL)

EXHIBIT J
(FILED UNDER SEAL)

EXHIBIT K
(FILED UNDER SEAL)