UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61542-CIV-UNGARO/SIMONTON

IN RE BANKATLANTIC BANCORP, INC.
SECURITIES LITIGATION
_____/

## ORDER REGARDING ATTENDANCE OF DEFENDANTS AND WITNESSES AT TRIAL

WHEREAS, the trial in the above-captioned matter began on October 12, 2010 and is expected to continue for several weeks; and

WHEREAS, Defendants' counsel have requested permission for the individual Defendants and witnesses testifying at trial to enter the Courthouse with their mobile phones;

ORDERED that the following individuals are allowed to enter the Courthouse on or after October 12, 2010, with their mobile phones for the duration of the trial.

1. Alan Levan
2. John ("Jack") Abdo
3. Jarett Levan
4. Valerie Toalson
5. James White
6. Jay McClung
7. Marcia Snyder
8. Perry Alexander
9. Valerie Toalson
10. David Friedman

11.  Amy Engelberg

12.  Allen Harvell

13.  Michael Keable

ORDERED AND ADJUDGED that any and all security issues with regard to any of the individuals listed should be immediately directed to Judge Ungaro's Chambers for resolution.

DONE AND ORDERED in Chambers at Miami, Florida, this __18__ day of October, 2010.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record