**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 07-61542-CIV-UNGARO**

IN RE BANKATLANTIC BANCORP,
INC. SECURITIES LITIGATION

**CLASS COUNSEL'S NOTICE OF FILING**
**SUPPLEMENTAL DESIGNATION OF RECORD**

Notice is hereby given of the filing of Class Counsel's Supplemental Designation of

Records for transmittal to the United States Court of Appeals for the Eleventh Circuit,

supplementing the Defendants' Designation of Record on Appeal (Docket No. 751).  Counsel's

Supplemental Designation of Records is attached hereto as Exhibit A.

Dated:  October 13, 2011                                    Respectfully submitted,

By: /s/ Mark S. Arisohn                          By: /s/ Andrew L. Zivitz
LABATON SUCHAROW LLP                    KESSLER TOPAZ MELTZER & CHECK LLP
Mark S. Arisohn, admitted *pro hac vice*        Andrew L. Zivitz, admitted *pro hac vice*
Serena Hallowell, admitted *pro hac vice*       Matthew L. Mustokoff, admitted *pro hac vice*
140 Broadway                                    Mark S. Danek, admitted *pro hac vice*
New York, NY 10005                              280 King of Prussia Road
Telephone: (212) 907-0700                       Radnor, PA 19087
Facsimile: (212) 818-0477                       Telephone: (610) 667-7706
marisohn@labaton.com                            Facsimile: (610) 667-7056
shallowell@labaton.com                          azivitz@ktmc.com
                                                mmustokoff@ktmc.com
                                                mdanek@ktmc.com

*Cross-Appellant and Co-Class Counsel for*      *Cross-Appellant and Co-Class Counsel for*
*Class Representatives and the Class and Lead*  *Class Representatives and the Class*
*Counsel for Lead Plaintiff State-Boston*
*Retirement System*

FOWLER WHITE BURNETT P.A.
By:  Ronald D. Shindler
Ronald D. Shindler
Florida Bar No. 781703
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, FL 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
rshindler@fowler-white.com


*Liaison Counsel for Class Representatives*
*and the Class and for Lead Plaintiff*
*State-Boston Retirement System*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 13, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/Ronald D. Shindler</u>
Ronald D. Shindler

## <u>SERVICE LIST</u>

Adam M. Schachter
Eugene E. Stearns
Gordon M. Mead, Jr.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305)789-3400
Facsimile: (305) 789-3395
aschachter@stearnsweaver.com
estearns@stearnsweaver.com
gmead@sternsweaver.com